JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMIE TRAN, Petitioner, vs. R. M. DIAZ, Warden, Respondent. | Case No. CV 11-5482-DOC (DTB) **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 3, 2013

David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE